PER CURIAM.
We find no abuse of the trial court’s discretion in denying temporary injunctive relief for the enforcement of the terms of a non-competitive agreement. See Uro-Care, P.A. v. Montford, M.D., 775 So.2d 380 (Fla. 3d DCA 2000); Bradley v. Health Coalition, Inc., 687 So.2d 329 (Fla. 3d DCA 1997); Lurton v. Muldon Motor Co., 523 So.2d 706 (Fla. 1st DCA 1988); see also Kupscznk v. Blasters, Inc., 647 So.2d 888, 891 (Fla. 2d DCA 1994), review denied, 658 So.2d 991 (Fla.1995); Cordis Corp. v. Prooslin, 482 So.2d 486 (Fla. 3d DCA 1986).
Affirmed.